# United States Court of Appeals
## for the Fifth Circuit

**FILED**
August 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
　　　　　DEPUTY

---

No. 22-50928

---

Douglas Caroselli,

　　　　　　　　　　*Plaintiff—Appellant*,

*versus*

Dynamic Systems, Incorporated,

　　　　　　　　　　*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-220 DAE

_____

CLERK'S OFFICE:

　　Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 15, 2023, pursuant to the joint motion of the parties.

No. 22-50928

By: _____
Mary Frances Yeager, Deputy Clerk

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Aug 15, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 15, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 22-50928    Caroselli v. Dynamic Systems
                       USDC No. 1:21-CV-220

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary Frances Yeager, Deputy Clerk
                            504-310-7686

cc w/encl:
    Mr. David Charles Holmes
    Mr. Derek Taylor Rollins
    Ms. Kathleen J. Sanz